# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:16-00237-CR-RK |
| | ) | |
| ROBERT L. WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING MOTION FOR JUDGMENT OF ACQUITTAL (DOC. 98)

Pending before the Court is Defendant's Motion for Judgment of Acquittal at the Close of All the Evidence. (Doc. 98.) As stated on the record (*see* Mins. of Jury Trial – Day 5, doc. 91), the motion is **DENIED**.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: April 17, 2018